UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| versus | : CRIMINAL NO. 05-51-JVP-CN |
| NOE PEREZ | : |

## ORDER

Considering the United States' Dismissal, leave of Court is granted for the filing of the dismissal of the Indictment in Criminal No. 05-51-JVP-CN.

DONE AND SIGNED at Baton Rouge, Louisiana, this 11 day of ~~August~~ September 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE